

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00897-CR

CESAR ROCHA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 1 of Harris County. (Tr. Ct. No. 1914250).

This case is an appeal from the final judgment signed by the trial court on September 11, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 12, 2015.

Panel consists of Justices Higley and Bland. Opinion delivered by Justice Bland.